IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUDY PERKINS,

    Plaintiff,

v.                                                            No. 21-cv-01154 GBW-SMV

OFFICER PHILLIP VILLAREAL[1],
CITY OF ALAMOGORDO,
ALAMOGORDO POLICE DEPARTMENT,
and JOHN DOES,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**    December 21, 2021, at 9:30 a.m. MST

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **December 21, 2021, at 9:30 a.m. MST**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                    **STEPHAN M. VIDMAR**
                                                    **United States Magistrate Judge**

---

[1] Plaintiff named "Officer Phillip Villareal" in the Complaint. [Doc. 1-2] at 1. In Defendants' Answer, Defendants spelled his last name "Villarreal" instead of "Villareal." [Doc. 5].