IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUDY PERKINS,

    Plaintiff,

vs.                                      No. 2:21-cv-01154-GBW-SMV

OFFICER PHILLIP VILLAREAL,
CITY OF ALAMOGORDO,
ALAMOGORDO POLICE DEPARTMENT,
and JOHN DOES,

    Defendants.

## ORDER

This matter comes before the Court on the parties' Joint Motion to Extend Deadline to file Joint Status Report and having considered the Motion hereby grants the Motion.

**IT IS THERFORE ORDERED** that the deadline to file the Joint Status Report is extended and shall be filed on February 18, 2022.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

**Submitted by**:

*German, Burnette & Associates, LLC*

*/s/ Elizabeth L. German*
Elizabeth L. German
11728 Linn Ave. NE
Albuquerque, NM 87123
(505) 292-9676
beth@germanassociates.com
*Attorney for Defendants Villarreal,*
*City of Alamogordo, and Alamogordo*
*Police Department*

**Approved by**:

*JACKSON LAW, LLC*

<u>*Approved on 2/15/2022*</u>
Wesley Jackson
1121 4th St. NW, Ste. 1A
Albuquerque, NM 87102
(505) 881-7676
wes@legalactionnm.com
*Counsel for Plaintiff*