IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUDY PERKINS,

    Plaintiff,

v.                                                                                                  No: 2:21-cv-01154 GBW-SMV

OFFICER PHILLIP VILLARREAL,
CITY OF ALAMOGORDO,
and JOHN DOES,

    Defendants.

### STIPULATED ORDER AMENDING CASE CAPTION

This matter comes before the Court on the parties' Joint Motion to Amend Caption, filed February 28, 2022. (Doc. 23). The Court, having considered the Motion and noting that it is unopposed, hereby grants the Motion. The caption in this matter shall be, and hereby is, amended to be:

    **JUDY PERKINS,**

        **Plaintiff,**

    **v.**                                                                                  **No: 2:21-cv-01154 GBW-SMV**

    **OFFICER PHILLIP VILLARREAL,**
    **CITY OF ALAMOGORDO,**
    **and JOHN DOES,**

        **Defendants.**

The caption included on this Order is the amended caption.

    **IT IS SO ORDERED.**

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

**Form of Order respectfully submitted by**:

German, Burnette & Associates, LLC


*/s/ Elizabeth L. German*
Elizabeth L. German
Lindsay F. Van Meter
Alexander W. Tucker
11728 Linn Ave. NE
Albuquerque, NM 87123
(505) 292-9676
Beth@germanassocaites.com
Lindsay@germanassociates.com
Alex@germanassociates.com
*Attorneys for Defendants Officer Philip Villarreal and City of Alamogordo*

**And approved as to form by**:

JACKSON LAW, LLC

By: Approved by email on 2/24/22
Wesley Jackson
1121 4th St. NW, Ste. 1A
Albuquerque, NM 87102
Tel: (505) 881-7676; Fax: (505) 998-6603
wes@legalactionnm.com
*Co-Counsel for Plaintiff*


and

Garrett & Smith, LLC

Approved by email on 2/24/22
Taylor Smith, Esq.
6739 Academy Rd. NE, Suite 350
Albuquerque, NM 87109
(505) 242-1920
tayor.garrettlaw@gmail.com
*Co-counsel for Plaintiff*