IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUDY PERKINS,

    Plaintiff,

vs.                                              No. 2:21-cv-01154 MV-SMV

OFFICER PHILLIP VILLARREAL,
CITY OF ALAMOGORDO,
ALAMOGORDO POLICE DEPARTMENT,
and JOHN DOES,

    Defendants.

## JOINT MOTION TO DISMISS IN FULL WITH PREJUDICE

The parties, Plaintiff Judy Perkins, together with the only remaining Defendant, Alamogordo Police Department, stipulate that they have resolved all issues that were or could have been raised in the above captioned litigation. As such, the parties jointly move to dismiss this lawsuit, in full, with prejudice, and shall bear their own respective costs and attorney's fees.

                                        Respectfully Submitted:

                                        *Jackson Law, LLC*

                                        */s/ Wesley C. Jackson*
                                        Wesley C. Jackson
                                        *Attorney for Plaintiff*
                                        1121 4th Street NW, Suite 1A
                                        Albuquerque, NM 87102
                                        (505) 881-7676
                                        wes@LegalActionNM.com

*Garrett & Smith Law, LLC*

*/s/ Taylor Smith*
Taylor Smith
6739 Academy Road NE, Suite 350
Albuquerque, NM 87109
(505) 242-1920
Taylor.garrettlaw@gmail.com

And by:

*German • Burnette & Associates, LLC*

*Approved via email on 5/27/22*
Elizabeth L. German
Lindsay Van Meter
Alexander W. Tucker
*Attorneys for Phillip Villareal, and City of Alamogordo*
11728 Linn Ave. NE
Albuquerque, NM 87123
(505) 292-9676
beth@germanassociates.com
lindsay@germanassociates.com
alex@germanassociates.com